IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FILED
UNITED STATES DISTRICT COURT
Las Cruces, New Mexico

JAN 1 8 2001

_[signature]_
CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | CRIMINAL NO. 01-__71__ |
| MICHAEL ESTRADA, ) | |
| Defendant. ) | COUNTS I and II: 21 U.S.C. § 841 (a)(1); 21 U.S.C. § 841 (b)(1)(C): Distribution of Less Than 500 grams of Cocaine; and 18 U.S.C. § 2: Aiding and Abetting. |

## INDICTMENT

The Grand Jury charges:

### COUNT I

On or about the 12th day of June, 1996, in Luna County, in the State and District of New Mexico, the defendant, **MICHAEL ESTRADA,** did unlawfully, knowingly and intentionally distribute less than 500 grams of a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2.

### COUNT II

On or about the 27th day of September, 2000, in Luna County, in the State and District of New Mexico, the defendant, **MICHAEL ESTRADA,** did unlawfully, knowingly and intentionally distribute less than 500 grams of a mixture and substance containing a detectable amount of Cocaine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 21 U.S.C. § 841(b)(1)(C) and 18 U.S.C. § 2.

A TRUE BILL:

*[signature]*
FOREPERSON OF THE GRAND JURY

*[signature]*
NORMAN C. BAY
United States Attorney
01/12/01 9:12AM