IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                          Case No. 01-071

MICHAEL ESTRADA,

    Defendant.

## O R D E R

The Court having received information from United States Pretrial Services concerning amending the conditions of release as to Michael Estrada, and there being no opposition from Assistant United States Attorney, Terri J. Abernathy, and the Court being advised in the premises.

**IT IS HEREBY ORDERED** that the conditions of release as to Michael Estrada be amended to allow defendant to be released from Diersen Charities, Inc., to reside with his mother. All other previously imposed conditions including drug testing and counseling, if deemed necessary by Pretrial Services, shall remain in effect.

                                                                KAREN B. MOLZEN
                                                                U. S. Magistrate Judge