# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

## NOTICE OF HEARINGS

**TAKE NOTICE** that the Court has scheduled the following hearings beginning on **TUESDAY, NOVEMBER 6, 2001,** before the Honorable Martha Vázquez, U. S. District Judge, at the U. S. Courthouse, 3rd Floor, 200 E. Griggs Avenue, Las Cruces, New Mexico:

## TRAILING DOCKET

**8:30 AM Sentencing Hearing - In Chambers**
**00cr00000 MV USA v. SEALED PROCEEDINGS (Deft Not in Custody)**
> pltf atty: **Mark D'Antonio**
> deft atty: **Peter Edwards**

### 9:00 AM Plea Hearings

**01cr00911 MV USA v.** Joe Andres Toro (In Custody)
Interpreter Needed
> pltf atty: Alfred Juarez Perez
> deft atty: Matthew Bradburn

**01cr00685 MV USA v.** Raymond Patrick Sanchez (In Custody)
> pltf atty: Richard Williams
> deft atty: Dennis J Candelaria

### 9:00 AM Sentencing Hearings

**01cr00654 MV USA v.** Jorge Ernesto Castellanos-Torres (In Custody)
Interpreter Needed
> pltf atty: Damon P. Martinez
> deft atty: Matthew Bradburn

**01cr00071 MV USA v.** Michael Estrada (In Custody)
Interpreter Needed
> pltf atty: Terri J Abernathy
> deft atty: Dennis J Candelaria

**01cr00328 MV USA v.** Raul Ricardo Melendez-Sanchez (In Custody)
Interpreter Needed
> pltf atty: Alfred Juarez Perez
> deft atty: Dennis J Candelaria

**01cr00895 MV USA v.** Gerardo Barragan-Valerio (In Custody) Interpreter
Needed
        pltf atty: Damon Martinez
        deft atty: Dennis J Candelaria

**00cr01394 MV USA v.** Howard Lee Clay (In Custody)
        pltf atty: Gregory Wormuth
        deft atty: Jane Greek

**01cr00710 MV USA v.** James Richard Royer (In Custody)
        pltf atty: Alfred Juarez Perez
        deft atty: Jane Greek

**01cr00722 MV USA v.** Benjamin Placencio Ledesma (In Custody) Interpreter
Needed
        pltf atty: James T. Martin
        deft atty: Jane Greek

**01cr01049 MV USA v.** Salvador Simental-Salazar (In Custody) Interpreter
Needed
        pltf atty: Kenneth J Gonzales
        deft atty: Jane Greek

**01cr01060 MV USA v.** Terry Wayne Martin (In Custody)
        pltf atty: Terri J Abernathy
        deft atty: Jane Greek

### 1:30 PM Sentencing Hearings

**01cr00708 MV USA v.** Abel Rangel-Zuniga (In Custody)
Interpreter Needed
        pltf atty: Damon P. Martinez
        deft atty: James F Maus

**01cr00942 MV USA v.** Jean Gorman Espino (In custody)
        pltf atty: Peter S. Levitt
        deft atty: James F Maus

**01cr00938 MV USA v.** Fidel Leon-Carrasco (In Custody)
Interpreter Needed
        pltf atty: Damon P. Martinez
        deft atty: James F Maus

**99cr01439 MV USA v. Barbara Chavez** (In Custody)
        pltf atty: Renee Lyn Camacho
        deft atty: James F. Maus

**01cr00713 MV USA v.** Carlos Rodriguez-Sandoval (In Custody) Interpreter
Needed
        pltf atty: Damon P. Martinez
        deft atty: Peter J. Giovannini

**01cr00771 MV USA v.** Alfred Casavantes-Murillo (In Custody) Interpreter
Needed
          pltf atty: Kenneth J Gonzales
          deft atty: Paul J Rubino

**01cr01207 MV USA v.** Antonio Ruiz-Acosta (In Custody)
Interpreter Needed
          pltf atty: Richard Williams
          deft atty: Richard C. Cauble

**01cr00926 MV USA v.** Pepe Aguilar-Ortiz (In Custody)
Interpreter Needed
          pltf atty: Alfred Perez
          deft atty: Richard C. Cauble



                                        ROBERT M. MARCH, Clerk


                                        By:    Theresa Delgado
                                               Courtroom Deputy


          *Please direct all inquiries to:*    *Theresa Delgado*
                                               *Courtroom Deputy to Judge Vázquez*
                                               *Telephone:  (505) 992-3826*
                                               *(505) 527-1440 - Third Floor in Las Cruces*


                    *A true copy of this notice/order was served--via mail or*
          *electronic means--to counsel of record as they are shown on the Court's docket.*