IN THE UNITED STATES OF AMERICA

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.                                              CR No. 01-071 MV

MICHAEL ESTRADA,

Defendant.

## STIPULATED MOTION TO RELEASE DEFENDANT FOR INPATIENT DRUG REHABILITATION

COMES NOW, Michael Estrada, the above named defendant, by and through his attorney, Dennis J. Candelaria, Assistant Federal Public Defender, and submits the following motion to release Mr. Estrada to receive in-patient drug treatment and rehabilitation at the Yucca Lodge in Bayard, New Mexico. In support of the motion it is states as follows:

1. Mr. Estrada was sentenced on a violation of supervised release on January 16, 2004, before Chief Judge Martha Vazquez.

2. Judge Vazquez sentenced Mr. Estrada to 205 days of confinement, followed by one year of supervised release to include in-patient drug treatment. Yucca Lodge has accepted Mr. Estrada into the program, however, it will not have a bed available to receive Mr. Estrada until February 3, 2004, at 10:00 a.m.

3. Upon completing his jail sentence, Mr. Estrada is to be transported to Yucca Lodge to begin in-patient drug treatment and rehabilitation.

4. The Federal Public Defender's Office requests that the Dona Ana County Detention Center release Mr. Estrada to its investigator, Mr. Tim Kling or to an

agent of the Federal Public Defender's Office who will transport him to the Yucca Lodge Treatment Program on February 3, 2004, at 7:00 a.m.

5. Assistant U.S. Attorney, Terry Abernathy, does not oppose this motion.

6. U.S. Probation Officer, Robert Rosenbloom, opposes this motion.

WHEREFORE, Defendant, Mr. Estrada requests this Court to issue and Order permitting Mr. Estrada to be released to an agent of the Federal Public Defender's Office to attend the Yucca Lodge Rehabilitation Center.

Respectfully Submitted,

FEDERAL PUBLIC DEFENDER
500 S. Main Ste. 600
Las Cruces, New Mexico 88001
(505) 527-6930

DENNIS J. CANDELARIA
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing pleading was served upon Assistant United States Attorney, Terry Abernathy, and United States Probation Officer, Robert Rosenboom, by placing same in the Assistant United States Attorney's box and U.S. Probation Office's box at the clerk's office of the United States District Court in Las Cruces, New Mexico, this 29th day of January, 2004.

DENNIS J. CANDELARIA