IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                    CR 01-71 MV

MICHAEL ESTRADA,

        Defendant.

## **O R D E R**

The financial indigence of the defendant to retain counsel having been established by the Court and the defendant not having waived the appointment of counsel,

**IT IS ORDERED** that the Federal Public Defender Organization, DENNIS CANDELARIA, AFPD, District of New Mexico, is hereby appointed to represent the defendant in this cause until further order of the Court.

_____
U.S. MAGISTRATE JUDGE