IN THE UNITED STATES OF AMERICA

FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

Plaintiff,

vs.     CR No. 01-071 MV

MICHAEL ESTRADA,

Defendant.

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

04 MAR 15 AM 11: 12

## SECOND STIPULATED MOTION TO RELEASE DEFENDANT FOR INPATIENT DRUG REHABILITATION

COMES NOW, Michael Estrada, the above named defendant, by and through his attorney, Dennis J. Candelaria, Assistant Federal Public Defender, and submits the following motion to release Mr. Estrada to receive in-patient drug treatment and rehabilitation at the Yucca Lodge in Bayard, New Mexico. In support of the motion it is states as follows:

1. The Federal Public Defender's Office requests that the Dona Ana County Detention Center release Mr. Estrada to its investigator, Mr. Tim Kling or to an agent of the Federal Public Defender's Office who will transport him to the New Mexico Rehabilitation Treatment Program at 31 Dale Harris Street, Roswell, New Mexico, on March 29, 2004, at 9:00 a.m.

2. Assistant U.S. Attorney, Terry Abernathy, does not oppose this motion.

3. U.S. Probation Officer, Robert Rosenbloom, does not oppose this motion.

WHEREFORE, Defendant, Mr. Estrada requests this Court to issue and Order permitting Mr. Estrada to be released to an agent of the Federal Public Defender's Office to attend the New Mexico Rehabilitation Center.



Respectfully Submitted,

FEDERAL PUBLIC DEFENDER
500 S. Main Ste. 600
Las Cruces, New Mexico 88001
(505) 527-6930

_____
DENNIS J. CANDELARIA
Assistant Federal Public Defender

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing pleading was served upon Assistant United States Attorney, Terry Abernathy, and United States Probation Officer, Robert Rosenboom, by placing same in the Assistant United States Attorney's box and U.S. Probation Office's box at the clerk's office of the United States District Court in Las Cruces, New Mexico, this 15th day of March, 2004.

_____
DENNIS J. CANDELARIA